IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDI OWENS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC; <br> TAKATA CORPORATION; <br> TK HOLDINGS INC.; and <br> TAKATA AG, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.: <br> )  14-CV-01259-SCJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-captioned action, by and through their counsel of record, and stipulate to dismiss with prejudice, all claims against Defendants General Motors LLC, Takata Corporation, TK Holdings Inc., and Takata AG. The parties hereby authorize and direct the Clerk of Court to enter on the record in said case that the case is dismissed with prejudice and each party to bear its own costs.

Respectfully submitted, this the 19th day of August, 2014.

/s Thomas P. Willingham
**Thomas P. Willingham**
Georgia Bar No. 235049
**LAW OFFICES OF THOMAS P.
WILLINGHAM, P.C.**

3800 Colonnade Parkway, Suite 330
Birmingham, AL 35243
(205) 298-1011
Fax (205) 298-1012
Email: tom@tpwpc.com

/s Yehuda Smolar
**Yehuda Smolar**
Georgia Bar No. 665150
**YES Law Group, LLC**
500 Bishop Street, Suite A-4
Atlanta, GA 30318
(404) 525-3900
Fax (404) 522-4932
Email: ysmolar@yeslawgroup.com

*Attorneys for Plaintiff*

/s Philip E. Holladay, Jr.
**Philip E. Holladay, Jr.**
Georgia Bar No. 361008
**Anneke J. Shepard**
Georgia Bar No. 545247
**KING & SPALDING, LLP**
1180 Peachtree Street
Atlanta, GA 30309
(404) 572-4600
Fax: (404) 572-5100
Email: pholladay@kslaw.com
           ashepard@kslaw.com

*Attorneys for General Motors LLC*

/s Christopher J. York
**Christopher J. York**
Georgia Bar No. 781013
**Daniel H. Park**
Georgia Bar No. 930188
**McGahren, Gaskill & York, LLC**
6171 Crooked Creek Road

Norcross, GA 30092
(770) 729-1779
Fax: (770) 729 1774
Email: cyork@mgylaw.com
dpark@mgylaw.com

***Attorneys for TK Holdings Inc., Takata Corporation and Takata AG***

## CERTIFACTE OF COMPLIANCE

Pursuant to Rule 7.1(D) of the Local Rules of the Northern District of Georgia, the undersigned hereby certifies that the foregoing was prepared in a font and point selection approved by this Court and authorized by Local Rule 5.1(B).

/s Thomas P. Willingham
**Thomas P. Willingham**
Georgia Bar No. 235049

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has been filed with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of such filing to all attorneys of record.

/s Thomas P. Willingham
**Thomas P. Willingham**
Georgia Bar No. 235049